UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

ROBERT GAUTHIER

v.                                                                            May 30, 2025

TARGET CORPORATION

## DEFENDANT TARGET CORPORATION'S
## NOTICE OF REMOVAL

**To the Judges of the United States District Court for The District of Rhode Island:**

The Defendant Target Corporation by and through its undersigned counsel, and pursuant to 28 U.S.C.A. §§1332(a) and 1441, hereby removes this action from the Kent County Division of the Rhode Island Superior court to the United States District Court for the District of Rhode Island and in support of which states as follows:

(1)    The Plaintiff, Robert Gauthier ("Plaintiff") purportedly served an action against Defendant Target Corporation on or about May 2, 2025,  which was filed on or about April 29, 2025, entitled Robert Gauthier v. Target Corporation, Civil Action No.: KC-2025-0505.  Copies of the Summons and Complaint and Proof of Service is attached hereto as Exhibit A.

(2)    In the Complaint, the Plaintiff Robert Gauthier asserts claims for common law negligence against the Defendant alleging that the Plaintiff sustained physical injuries and damages when he used a faulty pallet jack at the Target store in Warwick, Rhode Island on May 27, 2022.  Plaintiff Robert Gauthier is claiming physical injuries.  Although liability and damages are disputed by the Defendant, any award in favor of the Plaintiff could potentially exceed the jurisdictional threshold of $75,000.00 given the claims made by the Plaintiff in the Complaint.

(3)     Target Corporation is a Minnesota corporation with a principal place of business in Minneapolis Minnesota.  Plaintiff alleges he sustained injuries at a Target store in Warwick, Rhode Island on May 27, 2022.

(4)     Plaintiff Robert Gauthier is a resident, citizen and is domiciled in Houston, Texas, according to the Complaint.

(5)     The Court has jurisdiction in the above-captioned matter, pursuant to 28 U.S.C.A. § 1332(a)(1), in that the amount in controversy potentially exceeds the sum or value of $75,000.00 based upon the claims made by the Plaintiff and the matter is between Target Corporation and Plaintiff, which are citizens of different states.  Therefore, this action may be removed to the United States District Court for the District of Rhode Island pursuant to 28 U.S.C.A. §§ 1332 and 1441.

(6)     This Notice of Removal is being filed within 30 days of Defendant being notified of this lawsuit; Defendant Target Corporation complied with all requirements of 28 U.S.C.A. §1446.

WHEREFORE, Defendant Target Corporation respectfully requests that the above action be removed from the Kent County Division of the Rhode Island Superior Court to this Honorable Court.

Respectfully submitted,
Defendant Target Corporation,
By its attorney,

*/s/  Dawn M. Neborsky*
Dawn M. Neborsky, Esq. (#6671)
Kiernan Trebach LLP
68 South Main St., Ste. 2S
Providence, RI  02903
Tel: 617-426-3900
dneborsky@kiernantrebach.com

2

## CERTIFICATE OF SERVICE

This is to certify that on this 30th day of May, 2025, a copy of the foregoing was filed electronically and served by first class mail, postage prepaid on Ronald L. Bonin, Esq., Ron Bonin Law, 1070 Reservoir Avenue, Cranston, RI 02910 and by email at info@ronboninlaw.com. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

/s/  Dawn M. Neborsky
Dawn M. Neborsky, Esq. (#6671)

3